

# NUMBER 13-21-00305-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ALEYDA TIJERINA

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

Relator Aleyda Tijerina filed a petition for writ of mandamus in the above cause through which she asserts that the trial court has abused its discretion by refusing to set multiple motions for hearing. This Court requests that the real party in interest Jose Luis Moreno, or any others whose interest would be directly affected by the relief sought, file

a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
23rd day of September, 2021.